MANUEL C. PIMENTAL ET AL. *v.* CHERNE INDUSTRIES, INC., ET AL.

The defendants Anthony Nenna and the town of Groton's petition for certification for appeal from the Appellate Court, 46 Conn. App. 142 (AC 16231), is denied.

*Michael F. O'Connor,* in support of the petition.

*Jeffrey R. Martin,* in opposition.

Decided September 24, 1997

GERALD F. DEAN *v.* NORWALK CONTAINER, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 45 Conn. App. 911 (AC 16237), is denied.

BERDON, J., dissenting. I would grant the defendants' petition for certification to appeal.

*Thomas F. Brown* and *K. Wynne Bohonnon,* in support of the petition.

*James C. Riley,* in opposition.

Decided September 24, 1997